AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

~~SERVED~~

TIFFANY PACHECO

*Plaintiff(s)*

v.

CONSUMER LAW RELIEF, LLC d/b/a HELBING LAW GROUP, LLC

*Defendant(s)*

Civil Action No. 4:23-cv-01022

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CONSUMER LAW RELIEF, LLC
d/b/a HELBING LAW GROUP, LLC
1328 2ND AVENUE
BERWICK, PA 18603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2023

s/ R. Becknal
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

**TIFFANY PACHECO**
*Plaintiff*

v.

**CONSUMER LAW RELIEF, LLC d/b/a HELBING LAW GROUP, LLC**
*Defendant*

Civil Action No. 4:23-cv-01022

## AFFIDAVIT OF SERVICE

I, _____Kimberly J Yost_____, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on May 12, 2023 at 12:58 pm. I delivered these documents on Consumer Law Relief dba Helbing Law Group in Columbia County, PA on May 16, 2023 at 7:49 pm at 1328 2nd Ave, Berwick, PA 18603 by leaving the following documents with Eric Helbing who as Registered Agent is authorized by appointment or by law to receive service of process for Consumer Law Relief dba Helbing Law Group.

Summons in a Civil Action
Demand for Arbitration
Order for Conference and Disclosure of Interested Parties

Additional Description:
I knocked on the door and a man answered. I asked if he was Eric Helbing and he said, "Yes." He told me that his mother had informed him that I was there that morning. I delivered the documents to him and he accepted.

White Male, est. age 42, glasses: N, Gray hair, 200 lbs to 220 lbs, 6' to 6' 3".

My name is _____Kimberly J Yost_____, my date of birth is 09/23/1977, and my address is 11365 State Route 54, Watsontown, PA 17777, USA.

/s/ *Kimberly J Yost*

Name: Kimberly J Yost
Phone No.: (717) 877-5401

Executed in Northumberland County, PA on 05/22/2023