United States District Court
Southern District of Texas
**ENTERED**
June 09, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **TIFFANY PACHECO,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01022 |
| | § | |
| **CONSUMER LAW RELIEF, LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff's Motion to Appear Telephonically is **GRANTED**. The Court holds all hearings and conferences by telephone unless otherwise indicated or requested by parties.

**IT IS SO ORDERED**.

Signed at Houston, Texas on June 9, 2023.

_____
Keith P. Ellison
United States District Judge