United States District Court
Southern District of Texas
**ENTERED**
June 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIFFANY PACHECO<br><br>  Plaintiff<br><br>v.<br><br>CONSUMER LAW RELIEF, LLC d/b/a<br>HELBING LAW GROUP, LLC<br><br>  Defendant. | Case No. 4:23-cv-01022 |

## SCHEDULING / DOCKET CONTROL ORDER

Pursuant to Rule 26, and the Court's Procedures, Plaintiff Tiffany Pacheco and Defendant Consumer Law Relief, LLC d/b/a Helbing Law Group, LLC respectfully submit this proposed Scheduling / Docket Control Order:

1. NEW PARTIES shall be joined by:                                                    July 12, 2023
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                                                    January 12, 2024

3. EXPERT WITNESSES for the DEFENDANT will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                                                    February 19, 2024

4. DISCOVERY must be completed by:                                              March 29, 2024
   Written discovery requests are not timely if they are filed
   so close to this deadline that the recipient would not be
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.

5.  DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
    (except motions in limine) will be filed by:         April 26, 2024
                                                         (Due 90 days Prior to Trial Date)

6.  JOINT PRETRIAL ORDER and MOTIONS IN LIMINE
    (The Court will fill in this date)                   July 22, 2024
                                                         (Due Monday one week before trial)

7.  TRIAL will begin at 9:00 a.m.                        July 29, 2024
                                                         (15 months from date case is filed)


June 14, 2023                                    /s/ Keith P. Ellison
Date                                             Keith P. Ellison
                                                 United States District Judge


June 14, 2023                                    */s/ Mohammed O. Badwan*
Date                                             Counsel for Plaintiff(s)


June 14, 2023                                    */s/ B. Eliot New*
Date                                             Counsel for Defendant(s)