UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIFFANY PACHECO<br><br>    Plaintiff<br><br>v.<br><br>CONSUMER LAW RELIEF, LLC d/b/a<br>HELBING LAW GROUP, LLC<br><br>    Defendant. | Case No. 4:23-cv-01022 |

### DEFENDANT'S SUPPLEMENT TO MOTION TO COMPEL ARBITRATION

Defendant Consumer Law Relief, LLC d/b/a Helbing law Group, LLC ("CLR") filed its Motion to Compel Arbitration ("Motion") on June 20, 2023, at approximately 2:15 p.m.  Shortly thereafter, CLR received additional correspondence from the American Arbitration Association ("AAA"), directly relating to the Motion, and CLR files this Supplement to the Motion to submit that additional correspondence from the AAA, respectfully showing as follows:

**I.**

An issue addressed in CLR's Motion is the fact that the AAA administratively declined to accept Pacheco's demand for arbitration in February 2023.  As of June 20, 2023, the AAA has confirmed that payment has been applied to CLR's account, CLR has been reinstated to AAA's registry, and "moving forward, the AAA is prepared to administer consumer-related disputes filed involving Consumer Law Relief, LLC dba Helbing law Group, LLC."  Exhibit H.

**II.**

For the reasons set forth CLR's Motion, and above, the Court should enter an order compelling the arbitration of Plaintiff's claims and dismissing this case.  Alternatively, the Court

should enter an order compelling arbitration and staying proceedings until the arbitrator enters a final award.

Dated: June 20, 2023

Respectfully submitted,

GREENSPOON MARDER LLP

*/s/ B. Eliot New*
B. Eliot New
Texas Bar # 24060328
S.D. Texas Bar # 884608
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 491-1120
Facsimile: (954) 343-6958
eliot.new@gmlaw.com

*Attorney for Defendant*

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I have conferred with Plaintiff's counsel, and Plaintiff is opposed to the relief requested.

*/s/ B. Eliot New*
B. Eliot New

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via ECF on June 20, 2023.

*/s/ B. Eliot New*
B. Eliot New

2