# UNITED STATES DISTRICT COURT
# OF THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TIFFANY PACHECO<br><br>    Plaintiff<br><br>v.<br><br>CONSUMER LAW RELIEF, LLC d/b/a<br>HELBING LAW GROUP, LLC<br><br>    Defendant. | Case No. 4:23-cv-01022 |

## NOTICE OF APPEAL

Defendant, Consumer Law Relief, LLC d/b/a Helbing Law Group, LLC, appeals to the United States Court of Appeals for the Fifth Circuit from the Order Denying Defendant's Motion to Compel to Arbitration entered on September 25, 2023.

Dated: October 5, 2023.

Respectfully submitted,

GREENSPOON MARDER LLP

*/s/ B. Eliot New*
B. Eliot New
Texas Bar # 24060328
S.D. Texas Bar # 884608
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 491-1120
Facsimile: (954) 343-6958
eliot.new@gmlaw.com
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via ECF on October 5, 2023.

*/s/ B. Eliot New*
B. Eliot New